### (October 15, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. YUSUF ABDUL ALIM, Also Known as ALBERT MC QUEEN, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, et al., Respondents.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for writ of habeas corpus and for other relief denied as insufficient. The papers submitted fail to demonstrate that petitioner's incarceration is illegal or that he is presently being restrained in excess of constitutional guarantees. That part of the application which requests dismissal of a pending indictment is denied without prejudice to a proper motion directed to the trial court pursuant to CPL 210.20. Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Kane, JJ., concur.

### (October 16, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN K. GOLDSWER, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. DONALD DAHMS, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. FLOYD SCHAFFER, Defendant.— Motion for order pursuant to CPL 230.20 (subd. 2) removing trial of indictments to a superior court in another county, granted, and the place of trial of indictments herein is removed from the Supreme Court, County of Schoharie, to Supreme Court, County of Warren, upon the condition that the mileage provided by statute for witnesses shall be paid by the State of New York to all necessary and material witnesses for the defense. Settle order on notice. Herlihy, P. J., Sweeney, Main and Reynolds, JJ., concur; Kane, J., not voting.

■ In the Matter of SAMUEL KARAM, Appellant, v. ROWLAND W. FARR et al., Constituting the Board of Election of the County of Chemung, et al., Respondents.— Judgment, Supreme Court, Chemung County, entered on October 4, 1974, affirmed, without costs. No opinion. Herlihy, P. J., Sweeney, Kane, Main and Reynolds, JJ., concur.